**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PARVINDER KAUR, | No. 07-73009 |
| Petitioner, | Agency No. A095-576-861 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Parvinder Kaur, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's ("IJ") decision denying her application for asylum and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

The BIA adopted and affirmed the IJ's decision including the IJ's adverse credibility determination.  *See Abebe v. Gonzales*, 432 F.3d 1037, 1040 (9th Cir. 2005) (en banc) (where the BIA cites its decision in *Matter of Burbano*, 20 I. & N. Dec. 872 (BIA 1994), and does not express any disagreement with any part of the IJ's decision, the BIA adopts the IJ's decision in its entirety).

In her opening brief, Kaur fails to raise any challenge to the agency's dispositive adverse credibility determination.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued are deemed waived).  Accordingly, Kaur's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**

07-73009